IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VISTA PEAK VENTURES, LLC, | § |
| | § C.A. NOS. |
| Plaintiff, | § 2:19-cv-00323-JRG; -00324; -00325 |
| | § |
| v. | § |
| | § |
| JAPAN DISPLAY INC., | § JURY TRIAL DEMANDED |
| | § |
| Defendant. | § |

**[PROPOSED] ORDER DENYING VISTA PEAK VENTURES, LLC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT**

The Court, having considered Plaintiff Vista Peak Ventures, LLC's ("VPV") Motion to Compel Discovery From Defendant, Defendant Japan Display Inc.'s ("JDI") Response in Opposition to Vista Peak Ventures, LLC's Motion to Compel Discovery from Defendant, and any responses, replies, or other briefing submitted by the parties, finds VPV's Motion should be DENIED and the requested discovery not be compelled.

IT IS ORDERED that Plaintiff Vista Peak Ventures, LLC's Motion to Compel Discovery from Defendant Japan Display Inc. is DENIED.